IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AMILCAR LOPEZ JIMENEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-00594 (AJT/IDD) |
| KRISTI NOEM, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

Before the Court is Amilcar Lopez Jimenez's ("Petitioner") Petition for Writ of Habeas

Corpus ("Petition"), filed on February 28, 2026. [Doc. No. 1]. By order dated March 2, 2026, the

Court ordered the Government to respond to the Petition within four days, [Doc. No. 2], and

Respondents timely submitted that the factual and legal issues presented in the Petition do not

differ in any material fashion from those presented in *Hernandez v. Crawford,* No. 1:25-CV-

01565-AJT-WBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court

cited therein. [Doc. No. 4].

Petitioner is a native and citizen of Honduras, who entered the United States without

inspection on approximately September 17, 2025. [Doc. No. 1] ¶ 10. On February 26, 2026,

Petitioner was arrested by immigration officials and eventually taken to the Riverside Regional

Jail, where he remains. *Id*. ¶¶ 20-21. He further alleges that he has not been provided with a bond

hearing. *Id*. ¶ 49.

In light of the foregoing, the Court determines, as it did in *Hernandez*, that Petitioner's

detention is governed by section 1226(a)'s discretionary framework, not section 1225(b)'s

mandatory detention procedures, and under section 1226(a) and its implementing regulations,

Petitioner is entitled to a bond hearing before an Immigration Judge. Accordingly, the Petition is **GRANTED**, and it is hereby

ORDERED that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and it is further

ORDERED that if Petitioner is granted bond by an Immigration Judge, Respondents are **ENJOINED** from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

ORDERED that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

Alexandria, Virginia
March 6, 2026

/s/
Anthony J. Trenga
Senior United States District Judge

2